# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

GLEN HUGHIE LOVIN, JR.,  )
                         )
           Petitioner,   )
                         )
v.                       )      No. CIV 14-384-RAW-KEW
                         )
TRACY McCOLLUM, Warden,  )
                         )
           Respondent.   )

## OPINION AND ORDER
## DENYING MOTION FOR EVIDENTIARY HEARING

Petitioner has filed a motion requesting the court to hold an evidentiary hearing on issues concerning his petition for a writ of habeas corpus. "[R]eview under §2254(d)(1) is limited to the record that was before the state court that adjudicated the claim on the merits." *Cullen v. Pinholster*, 563 U.S.170, ___, 131 S.Ct. 1388, 1398 (2011). Section 2254(d)(1) "requires an examination of the state-court decision at the time it was made. It follows that the record under review is limited to the record in existence at the same time *i.e.*, the record before the state court." *Id*. Therefore, the documents petitioner wants the court to consider cannot be the subject of an evidentiary hearing.

**ACCORDINGLY,** petitioner's motion (Docket No. 12) is DENIED.

**IT IS SO ORDERED** this 18th day of August 2015.

**Dated this 18th day of August, 2015.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma